UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLOUNT,<br><br>                Plaintiff,<br><br>      v.<br><br>J.L. NORWOOD, *et al*.,<br><br>                Defendants. | Case No. ED CV 10-0251 JST (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment be entered dismissing this action without prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: 3-17-11

                                              **JOSEPHINE STATON TUCKER**
                                              HON. JOSEPHINE STATON TUCKER
                                              UNITED STATES DISTRICT JUDGE