# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLOUNT, | Case No. ED CV 10-0251 JST (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J.L. NORWOOD, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 3-17-11

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE